UNITED STATES of America,
Plaintiff–Appellee,

v.

Tyrone LEE, Defendant–Appellant.

No. 00–7785.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 6, 2001.

Tyrone Lee, pro se.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Tyrone Lee appeals the district court's order denying relief on his *Bivens** complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Lee*, No. CA–00–209–3 (E.D.Va. Nov. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

* *See Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).